UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNAKA COMPANY, INCORPORATED, <u>ET AL.</u> | ) ) ) | |
| v. | ) ) | |
| GORDON NEWMAN and JERALD JAYNES | ) ) ) | |
| and | ) ) | NO. 2:99-CV-267 |
| GORDON NEWMAN and JERALD JAYNES | ) ) ) | |
| v. | ) ) | |
| UNAKA COMPANY, INCORPORATED, <u>ET AL.</u> | ) ) | |

## **O R D E R**

For the reasons set out in the Memorandum Opinion that accompanies this order, it is hereby **ORDERED** as follows:

    1. The complaint of the plaintiffs, Gary W. Landes and Lonnie F. Thompson, in their capacity as former fiduciaries, is **DISMISSED**.

    2. The complaint of the plaintiff, Unaka Company, Incorporated, as an assignee, is **DISMISSED**.

3. The complaint of the plaintiff, Gary W. Landes, in his capacity as a former plan participant, is **DISMISSED**.

4. The counterclaim of the counter claimant, Jerald K. Jaynes, in his capacity as a former plan participant, is **DISMISSED**.

5. The complaint of the plaintiff, Lonnie F. Thompson, as a plan participant, is **DISMISSED**.

6. The counterclaim of the counter claimant, Gordon H. Newman, as a plan participant, is **DISMISSED.**

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE